IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JACQUELINE GIANNANTONIO and HALEY BRIGHT, <br><br> Plaintiffs, <br> v. <br><br> S AND D HOSPITALITY, LLC, a Georgia Limited Liability Company and DHARMESH PATEL, individually, <br><br> Defendants. <br> _____ | * <br> * <br> * Case No. 7:19-cv-196(WLS) <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 28, 2021 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiffs against Defendants, jointly and severally, as follows:

$37,500.00 in unpaid overtime wages and liquidated damages to Plaintiff Jacqueline Giannantonio; $9,720.00 in unpaid overtime wages and liquidated damages to Plaintiff Haley Bright; and $1,420.00 in attorneys' costs.

These amounts shall accrue interest from the date of entry of judgment at the rate of 0.07% per annum until paid in full.  Plaintiffs shall also recover costs of this action.

This 28th day of April, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk